UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

TED ADDISON                                                      CIVIL ACTION

VERSUS                                                           NO: 13-5264

CASEY MCVEA ET AL.                                               SECTION: R(2)

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, the defendants' motion for a temporary restraining order and preliminary injunction[2] is DISMISSED AS MOOT, leaving the remainder of the claims in his complaint for later disposition.

New Orleans, Louisiana, this 13th day of February, 2014.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 35.

[2]   R. Doc. 8.