```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
```

TED ADDISON                                          CIVIL ACTION

VERSUS                                               NO: 13-5264

CASEY McVEA ET AL.                                   SECTION: R(2)


**ORDER**

Before the Court is defendants' Motion to Dismiss Claims for Injunctive Relief Based on Sovereign Immunity.[1] The Magistrate Judge recommends that defendants' motion to dismiss be denied.[2] The Court, having reviewed *de novo* the complaint, the record, the applicable law and the Magistrate Judge's unopposed Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly,

Defendants' motion to dismiss is DENIED.


New Orleans, Louisiana, this __15th__ day of December, 2014.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 45.

[2] R. Doc. 56.