```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

TED ADDISON                                      CIVIL ACTION

VERSUS                                           NO: 13-5264

CASEY McVEA ET AL.                               SECTION: R(2)

### ORDER AND REASONS

Before the Court is plaintiff Ted Addison's Motion for Institutional Transfer and the Magistrate Judge's Report and Recommendation ("R&R") that plaintiff's motion be denied.[1] The Court, having reviewed *de novo* the complaint, the record, the applicable law and the Magistrate Judge's unopposed R&R,[2] hereby approves the R&R and adopts it as its opinion.

Accordingly,

Plaintiff's Motion for Institutional Transfer is DENIED.

New Orleans, Louisiana, this  15th  day of December, 2014.

_____*Sarah Vance*_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 52.

[2] R. Doc. 55.